## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

In re:

**Fansteel Foundry Corporation**  Case No. **16-1825-als11**

      Debtor(s)

### ORDER APPROVING STIPULATION
### (date entered on docket: October 30, 2020)

Having reviewed the Stipulation Regarding United States Debt Recovery XVII, LP Notices of Transfer of Claims submitted by the parties in this chapter proceeding at docket number 1242, the Court hereby ORDERS that: The stipulation is approved.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this Order from the Clerk of Court:
☒ Electronic Filers in this Chapter Proceeding
☐ Others: