## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of:

Fansteel Foundry Corporation,                                    Case No. 16–01825–als11

                    Debtor(s)

August 15, 2023 Telephonic  Hearing on:
**Motion to Extend Liquidation Trust Dissolution Date (#1278)**

Appearances were noted on the record.

## ORDER
(date entered on docket: August 15, 2023)

Based on the representations of the parties  the Court FINDS:

1. The Liquidating Trust document approved as part of plan confirmation sets forth the trustee's ability to request the court to extend the duration of the trust.

2. The elements of 11 U.S.C. 1101(2) appear to have been met for this case, as well as related chapter 11 cases filed under Case No. 16–1823 and 16–1827 and can be closed by final decree.

**It is hereby ORDERED that:**

1. The  Motion is  granted.

2. The duration of the trust is approved as requested in the motion.

3. On or before September 15, 2023 the parties shall coordinate the filing of Motions for Final Decree in the identified cases or file a status report related to any delay in making these requests.

4. Today's record shall constitute the Court's findings and conclusions pursuant to Federal Rules of Bankruptcy Procedure 7052 and 9014.

/s/ Anita L. Shodeen
_____

U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:

☒   Electronic Filers in this Chapter Case